**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on February 14th, 20 06, while exercising my duties as a law enforcement officer in the 31 District of Arizona

While conducting identification checks at the main gate the aforementioned vehicle attempted to gain access to the installation and upon contact with the defendant I detected a strong odor of an unknown alcoholic beverage emanating from his breath. I asked the defendant to perform a pre-exit screening, which he could not successfully complete. I discovered an open can of Keystone Light beer on the front seat next to him. The defendant was transported to the MP Station where he was advised of his legal rights, read the Implied Consent and he provided a breath sample resulting in reading of 0.125 and 0.123

The foregoing statement is based upon
☑ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 02/14/2006    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____    _____
Date (mm/dd/yyyy)    U S Magistrate Judge

FILED ___ LODGED
RECEIVED ___ COPY

JUN - 6 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

---

**United States District Court**
**Violation Notice**

Violation Number: **A 0726757**   CVB Location Code: **A31**
Officer Name (Print): HADFIELD   Officer No: 45

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/14/2006 2250   Offense Charged: ☐ CFR ☐ USC ☑ State Code   ARS 28-1381.A1

Place of Offense: WINROW AOS MAIN GATE

Offense Description: DRIVING WHILE UNDER THE INFLUENCE OF INTOXICATING LIQUOR OR DRUGS

**DEFENDANT INFORMATION**
Last Name: CHRISTIANSEN    First Name: DAN    MI: R

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

NOTIFIED BY MAIL
PAY THIS AMOUNT →

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: _____    Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature: [signature] Don Christiansen

---

**06-07902-MP-JM (CVB)**

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on February 14th, 2006, while exercising my duties as a law enforcement officer in the District of Arizona

While conducting identification checks at the main gate the aforementioned vehicle attempted to gain access to the installation and upon contact with the defendant I detected a strong odor of an unknown alcoholic beverage emanating from his breath. I asked the defendant to perform a pre-exit screening, which he could not successfully complete. I discovered an open can of Keystone Light beer on the front seat next to him. The defendant was transported to the MP station where he was advised of his legal rights, read the Implied Consent and he provided a breath sample resulting in reading of 0.125 and 0.123

The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 22/1/2006
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   U S Magistrate Judge
Date (mm/dd/yyyy)

CVB Scan 3/2/2006  09:53:50

---

**United States District Court**
**Violation Notice**

Violation Number: A 0726758
CVB Location Code: A31
Officer Name (Print): HADFIELD
Officer No: 45

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/14/2006 / 2350
Offense Charged: ARS 28-1381.A2
Place of Offense: WINSLOW ADS MAIN GATE
Offense Description: DRIVING WITH BAL .08 OR HIGHER

**DEFENDANT INFORMATION**
Last Name: CHRISTIANSEN
First Name: DAN
MI: R

A 0726758

☒ A — IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
☐ B — IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount: $ _____
+ $25 Processing Fee
Total Collateral Due: $ _____

PAY THIS AMOUNT →

YOUR COURT DATE
Court Address: NOTIFIED BY MAIL

X Defendant Signature: Dan [signature]

---

**06-07902-MP-JM (CVB)**

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on February 14th, 2006 while exercising my duties as a law enforcement officer in the District of Arizona

The defendant was detained for suspicion of Driving Under the Influence of an alcoholic beverage. The defendant submitted to a chemical test (breath) which revealed he had a BAC of 0.125 and 0.123. A check of NCIC revealed the defendant's driver's license was suspended for a previous DUI conviction at the time he was detained.

The foregoing statement is based upon

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 02/14/2006   _____
           Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____
             Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 3/2/2006 09:53:50

---

**United States District Court**
**Violation Notice**

CVB Location Code: A31

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| A 0726759 | HADFIELD | 45 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/14/2006/2250
Offense Charged: ARS 28-1383.A1

Place of Offense: WINSLOW AOJ MAIN GATE

Offense Description: DRIVING WHILE UNDER THE INFLUENCE OF INTOXICATING LIQUOR WHILE LICENSE SUSPENDED

**DEFENDANT INFORMATION**

Last Name: CHRISTIANSEN   First Name: DAN   MI: R

[Personal information redacted]

**VEHICLE DESCRIPTION**

[Vehicle information partially redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT →

YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail)

Court Address: NOTIFIED BY MAIL

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature: Dan Christiansen

---

FILED _____ LODGED _____
RECEIVED _____ COPY _____

JUN - 6

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
                      DEP___

---

**06-07902-MP-JM (CVB)**

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on February 14th, 2006 while exercising my duties as a law enforcement officer in the A31 District of Arizona

While conducting identification checks at the main gate the aforementioned vehicle attempted to gain access to the installation and upon contact with the defendant I detected a strong odor of an unknown alcoholic beverage emanating from his breath. I asked the defendant to perform a pre-exit screening, which he could not successfully complete. I discovered an open can of Keystone Light beer on the front seat next to him. The defendant was transported to the MP Station where he was advised of his legal rights, read the Implied Consent and he provided a breath sample resulting in reading of 0.125 and 0.123

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 02/14/2006   [signature]
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 3/2/2006  08:53:50

---

**United States District Court**
**Violation Notice**   CVB Location Code: A31

Violation Number: A 0726760
Officer Name (Print): HADFIELD
Officer No: 45

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense (mm/dd/yyyy): 02/14/2006 / 2250
Offense Charged: ☐ CFR ☐ USC ☒ State Code   ARS 4-251.A3
Place of Offense: WDROW ADS MAIN GATE
Offense Description: OPEN CONTAINER IN VEHICLE

**DEFENDANT INFORMATION**
Last Name: CHRISTIANSEN
First Name: DAN
MI: R
[personal info redacted]

A ☐ IF BOX A IS CHECKED YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount  + $25 Processing Fee
Total Collateral Due

PAY THIS AMOUNT → $

YOUR COURT DATE
NOTIFIED BY MAIL

Court Address: [signature] Dan Christiansen

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt
I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

---

**06-07902-MP-JM (CVB)**

Stamps: RECEIVED / LODGED / COPY
JUN 6
CLERK U.S. DISTRICT
DISTRICT OF ARIZONA
BY _____ DEPUTY

A 0726760

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on February 14th, 20 06, while exercising my duties as a law enforcement officer in the A31 District of Arizona

While conducting identification checks at the main gate the aforementioned vehicle attempted to gain access to the installation and upon contact with the defendant I detected a strong odor of an unknown alcoholic beverage emanating from his breath. I asked the defendant to perform a pre-exit screening, which he could not successfully complete. I discovered an open can of Keystone Light beer on the front seat next to him. The defendant was transported to the MP station where he was advised of his legal rights, read the Implied Consent and he provided a breath sample resulting in reading of 0.125 and 0.123 I could [illegible]

[illegible handwritten lines]

The foregoing statement is based upon
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on _____ [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

CVB Scan 3/2/2006 09:52:50

---

**United States District Court**
**Violation Notice**

CVB Location Code: A31

Violation Number: A 0726761
Officer Name (Print): HADFIELD
Officer No: 45

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: 02/14/2006/0250
Offense Charged: ARS 28-4135 A   ☐ CFR ☐ USC ☒ State Code

Place of Offense: WINROW A31 MAIN GATE
Offense Description: NO MANDATORY INSURANCE

**DEFENDANT INFORMATION**
Last Name: CHRISTIANSEN   First Name: DAN   MI: R
[redacted personal info]

**VEHICLE DESCRIPTION**
[redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral

PAY THIS AMOUNT →

YOUR COURT DATE: NOTIFIED BY MAIL

A 0726761

FILED ____ LODGED ____
RECEIVED ____ COPY ____
JUN - 6
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

X Defendant Signature: [signature]

**06-07902-MP-JM (CVB)**